UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOAQUIN DEAN,

                Plaintiff,

v.

COMMUNIPAW LAFAYETTE LLC, DONNA
G. SILBERMAN, UB BANK TRUST,
MARGARET SMITH, MARIANNA
DALTON, CHRISTOPHER VIRGA,
TIMOTHY P. SIEBOLD, JEREMY
DOBERMAN, and MARC WOHLGEMUTH,

                Defendants.

------------------------------------------------------------x

**ORDER OF SERVICE**

21 CV 8320 (VB)

On October 8, 2021, plaintiff, proceeding pro se, paid the filing fee and filed a complaint. (Doc. #1).

By letter dated December 28, 2021, plaintiff requests:  (i) "a stay on my property," (ii) "a stay with the Covid 19 Hardship paperwork in Housing Court in Rockland Count[]y," (iii) Rockland County to "cut on" the gas and heat in his house, (iv) the Southern District of New York to set "aside the conveyance of the subject property and the sale from Chase Bank to Communipaw," (v) "[s]top all wrongful evictions against Rockland [C]ounty," (vi) the deed to his property, and (vii) "the levy to be removed from all personal accounts."  (Doc. #6 at ECF 10).

These requests are all DENIED.  The Court does not have the power to grant such relief. To the extent plaintiff seeks relief from the Rockland County Supreme or County Court, any Rockland County utility company, or Rockland County generally, plaintiff should make those requests directly to the applicable entity.

In addition, also on December 29, 2021, plaintiff filed an amended complaint, naming five new defendants—Marianna Dalton, Christopher Virga, Timothy P. Siebold, Jeremy Doberman, and Marc Wohlgemuth.  (Doc. #7).

Because no summonses have yet been issued as to defendants Marianna Dalton and Christopher Virga, the Clerk of Court is directed to issue a summons as to defendants Marianna Dalton and Christopher Virga.  **By March 31, 2022, plaintiff must serve the summons and amended complaint on all defendants.**  If he fails to do so, or seek an extension of time to do so, the Court may dismiss the claims against defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

1

The Clerk is also directed to update the docket to reflect the case name as "Dean v. Lafayette et al," not "Dean v. Lafarette et al."

Dated: January 4, 2022
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge