UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOAQUIN DEAN,
                         Plaintiff,

v.

COMMUNIPAW LAFAYETTE LLC, DONNA
G. SILBERMAN, UB BANK TRUST,
MARGARET SMITH, MARIANNA
DALTON, CHRISTOPHER VIRGA,
TIMOTHY P. SIEBOLD, JEREMY
DOBERMAN, and MARC WOHLGEMUTH,
                         Defendants.
--------------------------------------------------------------x

**ORDER OF SERVICE**

21 CV 8320 (VB)

      On October 8, 2021, plaintiff, proceeding pro se, paid the filing fee and filed a complaint. (Doc. #1). On December 29, 2021, plaintiff filed an amended complaint, naming five new defendants. (Doc. #7).

      On January 4, 2022, the Court issued an Order directing plaintiff to serve the summons and amended complaint on all defendants by March 31, 2022. (Doc. #9).

      By letter dated March 25, 2022, plaintiff requests "a stay and extension" of this action due to the pendency of a Chapter 11 bankruptcy proceeding and other court proceedings. (Doc. #11).

      Plaintiff's request for a stay of this action is DENIED. **However, plaintiff's deadline to serve the summons and amended complaint on all defendants in this action is extended to April 29, 2022.** If he fails to do so, the Court may dismiss the claims against all defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. The Court will grant no further extensions.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 25, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge