UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOAQUIN DEAN,

                      Plaintiff,

v.

COMMUNIPAW LAFAYETTE LLC, DONNA
G. SILBERMAN, UB BANK TRUST,
MARGARET SMITH, MARIANNA
DALTON, CHRISTOPHER VIRGA,
TIMOTHY P. SIEBOLD, JEREMY
DOBERMAN, and MARC WOHLGEMUTH,

                      Defendants.

------------------------------------------------------------x

**ORDER OF SERVICE**

21 CV 8320 (VB)

Copies Mailed/Faxed 4/28/22
Chambers of Vincent L. Briccetti

     By Order dated March 25, 2022, in response to a letter from plaintiff, proceeding <u>pro se</u>, seeking a "stay and extension" of this action, the Court extended plaintiff's time to serve defendants to April 29, 2022. (Doc. #12). This was the second extension granted to plaintiff. (<u>See</u> Doc. #9). The Court's March 25 Order warned plaintiff that no further extensions of plaintiff's time to serve defendants would be granted.

     However, by a letter dated April 27, 2022, plaintiff requests a thirty-day extension of his time to serve defendants because of recent health issues. (Doc. #13). The Court is satisfied that plaintiff has shown good cause for a thirty-day extension.

     Accordingly, plaintiff's application is GRANTED. Plaintiff's deadline to serve the summons and amended complaint on all defendants is extended to May 31, 2022. **If he fails to do so, the Court may dismiss the claims against all defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. Absent compelling circumstances, the Court will grant no further extensions.**

Dated: April 28, 2022
      White Plains, NY

                    SO ORDERED:

                    Vincent L. Briccetti
                    United States District Judge