UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOAQUIN DEAN,
                      Plaintiff,

v.

COMMUNIPAW LAFAYETTE LLC, DONNA
G. SILBERMAN, UB BANK TRUST,
MARGARET SMITH, MARIANNA
DALTON, CHRISTOPHER VIRGA,
TIMOTHY P. SIEBOLD, JEREMY
DOBERMAN, and MARC WOHLGEMUTH,
                      Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 8320 (VB)

    By Order dated April 28, 2022, in response to a letter from plaintiff, proceeding pro se, the Court extended plaintiff's time to serve defendants with the summons and amended complaint to May 31, 2022. (Doc. #14). This was the third extension granted to plaintiff. (See Docs. ## 9, 12). The April 28 Order warned plaintiff that no further extensions would be granted absent compelling circumstances.

    However, by a letter dated May 26, 2022, plaintiff requests that his deadline to serve defendants be extended to June 24, 2022, because of recent health issues afflicting himself and his family. (Doc. #15). The Court is satisfied that plaintiff has shown good cause for an extension.

    Accordingly, plaintiff's application is GRANTED. Plaintiff's deadline to serve the summons and amended complaint on all defendants is extended to June 24, 2022. **If he fails to do so, the Court will dismiss the claims against all defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. Absent compelling circumstances, the Court will grant no further extensions.**

Dated: May 31, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge