UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

JOAQUIN DEAN,
                       Plaintiff,

v.

DONNA G. SILBERMAN, MARGARET
SMITH, MARIANNA DALTON,
CHRISTOPHER VIRGA, JEREMY
DOBERMAN, and MARC WOHLGEMUTH,
                       Defendants.

--------------------------------------------------------------x



**ORDER**

21 CV 8320 (VB)

    By Order dated June 30, 2022, in response to a letter from plaintiff, proceeding pro se, the Court extended plaintiff's time to serve defendants Christopher Virga, Margaret Smith, Donna G. Silberman, and Marianna Dalton with the summons and amended complaint to July 28, 2022. (Doc. #18). This was the fifth extension granted to plaintiff. (See Docs. ## 9, 12, 14, 16). The June 30 Order warned plaintiff that no further extensions would be granted absent compelling circumstances.

    To date, plaintiff has not filed proof of service on these defendants on the docket or requested an extension of time to do so.

    Accordingly, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure, plaintiff's claims against Christopher Virga, Margaret Smith, Donna G. Silberman, and Marianna Dalton are DISMISSED WITHOUT PREJUDICE.

    The Clerk is instructed to terminate Christopher Virga, Margaret Smith, Donna G. Silberman, and Marianna Dalton as defendants in this action.

Dated: August 11, 2022
       White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judge