UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOAQUIN DEAN,

                Plaintiff,

v.

JEREMY DOBERMAN and MARC
WOHLGEMUTH,

                Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 8320 (VB)

By letter dated August 19, 2022, plaintiff, proceeding pro se, requests an extension of his deadline to oppose defendants' motion to dismiss the amended complaint. (Doc. #25). Plaintiff's application is GRANTED. Plaintiff shall file his opposition to defendants' motion by September 30, 2022. Defendants' reply is due October 7, 2022.

Plaintiff is expected to review and follow the instructions in the Motions Guide for Pro Se Litigants, which was mailed to him on January 5, 2022, and describes the procedure for a motion to dismiss.

Dated: August 29, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge