UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOAQUIN DEAN,
                    Plaintiff,

v.
                                      **ORDER**

JEREMY DOBERMAN and MARC        21 CV 8320 (VB)
WOHLGEMUTH,
                    Defendants.
--------------------------------------------------------------x

       By letter dated September 29, 2022, plaintiff, proceeding pro se, requests an extension of his deadline to oppose defendants' motion to dismiss the amended complaint. (Doc. #27). This is plaintiff's second request for an extension to oppose defendants' motion. (Docs. ##25–26).

       Plaintiff's application is GRANTED. Plaintiff shall file his opposition to defendants' motion by October 21, 2022. Defendants' reply is due October 28, 2022. Absent compelling circumstances, the Court will grant no further extensions.

Dated: October 3, 2022
       White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judge