UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOAQUIN DEAN,

                Plaintiff,

-against-                                    21 **CIVIL** 8320 (VB)

**JUDGMENT**

JEREMY DOBERMAN and MARC
WOHLGEMUTH,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 13, 2023, Defendants' motion to dismiss and request for a filing injunction are GRANTED. To be clear, Plaintiff is prohibited from commencing any new lawsuits against defendants Jeremy Doberman and March Wohlgemuth, arising from the same facts alleged in the amended complaint and opposition, absent prior permission of the Court. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

      March 14, 2023

                                                                      **RUBY J. KRAJICK**

                                                                           **Clerk of Court**

                           **BY:**         *K. Mango*

                                                                            **Deputy Clerk**